UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JULIAN CHAMPION** | * | **CIVIL ACTION NO. 16-1218**<br>**Section P** |
| **VERSUS** | * | **JUDGE ELIZABETH E. FOOTE** |
| **SHERIFF'S DEPARTMENT OF**<br>**BIENVILLE PARISH, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 17] filed by defendant, Deputy Rusty Poland, is DENIED.

Shreveport, Louisiana, this 26 day of October 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE