UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JULIAN CHAMPION | CIVIL ACTION NO. 5:16-CV-01218 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| SHERIFFS DEPT. OF BIENVILLE PARISH, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that claims against the Sheriffs Department of Bienville Parish, Sheriffs Department of Bienville Parish, Lt. Investigators, David Wade Man Search Task Force, John Ballance and Glen Fallin ONLY should be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915.

**THUS DONE AND SIGNED**, in chambers, Shreveport, Louisiana, on this ____ day of _____, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE