UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JULIAN CHAMPION | * | CIVIL ACTION NO. 16-1218<br>Section P |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| SHERIFF'S DEPARTMENT OF<br>BIENVILLE PARISH, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the motion for summary judgment [doc. # 28] filed by defendant, Deputy Rusty Poland a/k/a Ellis B. Poland, is GRANTED, and that judgment is entered in favor of said defendant, dismissing with prejudice plaintiff's claims, in their entirety. Fed. R. Civ. P. 56.

IT IS FURTHER ORDERED that plaintiff's claims against Michael Crawford (spelled in his complaint as "Micheal Crawford") are DISMISSED, without prejudice. Fed.R.Civ.P. 4(m); LR 41.3W.

Shreveport, Louisiana, this 7th day of May 2018.

_____
Elizabeth E. Foote
UNITED STATES DISTRICT JUDGE